


COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

November 19, 2019

*Via ECF and E-mail*

Hon. Richard J. Sullivan
United States District Court for
 The Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Kashawn Lyons</u>, 15 CR 60 (RJS)

Dear Judge Sullivan:

I am CJA counsel to Kashawn Lyons. Yesterday the Court scheduled Mr. Lyons' presentment on a violation of supervised release in the above referenced case for December 13, 2019 at 2:30 pm.

I am out of the office on December 13, 2019. I write, with the consent of the government, to respectfully request that the Court reschedule the presentment to December 19 or 20, 2019.

I thank the Court for its consideration.

Very truly yours,

/s/

Dawn M. Cardi

cc: All Parties (via ECF and e-mail)

```
IT IS HEREBY ORDERED THAT the conference previously scheduled for December 13, 2019
is adjourned until December 19, 2019 at 2:30 p.m. in Courtroom 15A.
```

SO ORDERED
Dated: 11/19/19

RICHARD J. SULLIVAN
U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com