UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

KASHAWN LYONS,

                      Defendant.

No. 15-cr-60 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the proceeding scheduled for December 19, 2019 at 2:30 p.m. shall take place in Courtroom 24A of the Daniel Patrick Moynihan United States Courthouse.

SO ORDERED.

Dated:     December 17, 2019
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation