UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

KASHAWN LYONS,

                Defendant.

No. 15-cr-60 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the proceeding scheduled for January 31, 2020 at 11:30 a.m. shall take place in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse.

SO ORDERED.

Dated:    January 24, 2020
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation